## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

From at least January 2016 until in or about October 2017, **SPENCER EUGENE STECKMAN** ("**STECKMAN**") was a resident of Silver Spring, Maryland. In or about November 2017, **STECKMAN** moved to the vicinity of Yokosuka, Japan, to work for the Armed Forces.

### *Production Victim 1 (referenced in Count One charging Production of Child Pornography)*

Between on or about August 17, 2017, and September 22, 2017, **STECKMAN**, then located in Maryland, engaged in a series of interstate communications through his cellular phone, to persuade Victim 1—a thirteen-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 1 engaged in sexually explicit conduct.

Among the text messages sent by **STECKMAN** to Victim 1 during this time period were photographs of a naked male, aged approximately in his late teens to early twenties, exposing his penis and/or scrotum while posed in a recliner. **STECKMAN** told Victim 1 that the photographs were of **STECKMAN** and to "Do pics like that" in order to obtain money and/or PlayStation redemption codes that would allow Victim 1 to purchase games. Victim 1 responded that he would do so once he was "done wit [sic] homework." Victim 1 subsequently sent five sexually explicit photographs of himself to **STECKMAN**, and **STECKMAN** sent Victim 1 a PlayStation redemption code.

### *Production Victim 2 (referenced in Counts Two and Three charging Transportation and Possession of Child Pornography)*

Between at least on or about September 24, 2017, and December 4, 2017, **STECKMAN** engaged in a series of interstate communications through his cellular phone, to persuade Victim 2—a thirteen-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 2 engaged in sexually explicit conduct.

For example, in WhatsApp chat messages on or about November 6, 2017, **STECKMAN** told Victim 2 that **STECKMAN** would provide Victim 2 an iPhone X in exchange for Victim 2 taking and sending a sexually explicit video, including of Victim 2 using a dildo. WhatsApp is an Internet-based chat application. **STECKMAN** stated, "Keep it cumming and I'll keep it coming...The last vid where you came. That guaranteed your phone bro." **STECKMAN**, then

residing and located in Maryland, also informed Victim 2 that **STECKMAN** would be leaving for Japan later that week.

On or about November 10, 2017, **STECKMAN** traveled from his residence in Maryland to Japan for employment with the Armed Forces as a Regional Food and Beverage Program Analyst, Status of Forces Agreement member, and non-appropriated funds employee with Commander Navy Region Japan. While **STECKMAN** was present and residing in Japan, and neither a national of nor ordinarily resident in Japan, **STECKMAN** synced sexually explicit videos of Victim 2 from **STECKMAN's** iPhone to **STECKMAN's** Apple iCloud account, utilizing IP address 124.40.49.134 on or about November 12, 2017. The videos included Victim 2 penetrating a flesh-colored latex sex toy with his erect penis.

Among the other sexually explicit images and videos that Victim 2 produced of himself for **STECKMAN**, and sent to **STECKMAN**, were depictions of Victim 2 naked, exposing his bare penis, and putting an object in his anus; of a dildo in Victim 2's mouth; and of Victim 2 touching and/or masturbating his penis. These images and videos were found on **STECKMAN's** Silver Apple iMac Pro, Model A1418, Serial Number C02V6262J1G5, pursuant to a federal search warrant for **STECKMAN's** electronic devices that were seized pursuant to a Command Authorization for Search and Seizure in Japan on or about March 27, 2018.

**STECKMAN** also sent an image of Victim 2 engaged in sexually explicit conduct to Victim 1.

### *Production Victim 3*

Between on or about November 30, 2016, and December 21, 2017, **STECKMAN** engaged in a series of interstate communications through his cellular phone, to persuade Victim 3—a fourteen- to fifteen-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 3 engaged in sexually explicit conduct.

For example, in Kik chat messages on or about December 5, 2016, **STECKMAN** asked Victim 3 to send him a sexually explicit video of Victim 3 in exchange for payment of "350" through Google Wallet. Kik is an Internet-based chat application. Victim 3 agreed to produce a sexually explicit video of himself stripping, showing his anus, and ejaculating. On or about December 7, 2016, Victim 3 sent **STECKMAN** two videos of Victim 3 stripping naked and masturbating in a bathtub.

**STECKMAN** also sent images of Victim 3 engaged in sexually explicit conduct to another user of the WhatsApp message service and the Kik message service, on or about June 13, 2017, and October 22, 2017, respectively.

### *Production Victim 4*

Between on or about October 2, 2017, and November 1, 2017, **STECKMAN** engaged in a series of interstate communications through his cellular phone, to persuade Victim 4—a twelve-

year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 4 engaged in sexually explicit conduct.

For example, in iMessage chat messages on or about October 2, 2017, **STECKMAN** requested three sexually explicit videos of Victim 4 in exchange for a $60 PlayStation redemption code. iMessage is an Internet-based chat application associated with Apple devices. **STECKMAN** told Victim 4, "Your [sic] in 7th grade. If you were in a younger grade prolly [sic] make more money." Victim 4 then sent **STECKMAN** three sexually explicit videos of himself naked in a bathtub with his bare penis exposed.

**STECKMAN** also sent images of Victim 4 engaged in sexually explicit conduct to other users of the Kik message service, on or about October 2, 2017, and October 22, 2017.

### *Production Victim 5*

Between on or about April 29, 2017, and July 28, 2017, **STECKMAN** engaged in a series of interstate communications through his cellular phone, to persuade Victim 5—a twelve-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 5 engaged in sexually explicit conduct.

**STECKMAN** provided PlayStation redemption codes to Victim 5 in exchange for the sexually explicit images.

### *Production Victim 6*

Between on or about March 30, 2017, and May 18, 2017, **STECKMAN** engaged in a series of interstate communications through his cellular phone, to persuade Victim 6—a thirteen-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 6 engaged in sexually explicit conduct.

For example, in text messages on or about March 31, 2017, **STECKMAN** requested a video of Victim 6 stripping naked in exchange for a $50 payment. **STECKMAN** later sent Victim 6 a message stating, "The vid is all black. Its [sic] not showing anything." Victim 6 subsequently sent **STECKMAN** a sexually explicit video and sexually explicit images of himself.

### *Production Victim 7*

Between on or about December 17, 2017, and January 12, 2018, **STECKMAN** engaged in a series of interstate and foreign communications through his cellular phone, to persuade Victim

7—a fourteen-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 7 engaged in sexually explicit conduct.

Victim 7 sent **STECKMAN** a video depicting Victim 7 masturbating. At the time, **STECKMAN** was residing in Japan in connection with his employment with the Armed Forces, and Victim 7 was in the United States.

### Production Victim 8

Between on or about September 29, 2017, and December 29, 2017, **STECKMAN** engaged in a series of interstate and foreign communications through his cellular phone, to persuade Victim 8—a seventeen-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 8 engaged in sexually explicit conduct.

Victim 8 sent **STECKMAN** sexually explicit images of himself.

### Production Victim 9

Between on or about June 6, 2017, and June 8, 2017, **STECKMAN** engaged in a series of interstate communications through his cellular phone, to persuade Victim 9—a twelve-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 9 engaged in sexually explicit conduct.

**STECKMAN** provided Victim 9 with money and requested sexually explicit images in return. Victim 9 produced and sent such images to **STECKMAN**.

**STECKMAN** also sent an image of Victim 9 engaged in sexually explicit conduct to another user of the WhatsApp message service, on or about June 29, 2017.

### Production Victim 10

In or around 2008-2010, **STECKMAN** persuaded Victim 10—a sixteen- to seventeen-year-old boy—to take, and to send to **STECKMAN**, visual depictions of Victim 10 engaged in sexually explicit conduct, through a series of interstate communications.

In exchange for images and videos of Victim 10 engaging in sexually explicit conduct, **STECKMAN** paid Victim 10 approximately $100 to $300 ~~through Google Wallet.~~

**STECKMAN** also paid Victim 10 cash and provided Victim 10 with marijuana in exchange for Victim 10's engaging in oral and anal sex with **STECKMAN**. **STECKMAN** was residing in San Diego, California, at the time.

### *Additional Relevant Conduct*

**STECKMAN**'s Internet browsing history between approximately December 29, 2014, and April 5, 2017, included visits to sites for "Child Prostitution – Cambodia" and "Child Prostitution in Southeast Asia." **STECKMAN**'s Internet browsing history between approximately November 20, 2017, and December 22, 2017, included searches for "cambodia boy sex," "boy escorts japan," and "yokohama kids escorts."

**STECKMAN** also discussed sexually abusing children in Southeast Asia, including Cambodia, in a series of interstate communications through his cellular phone. For example, on or around June 10, 2017, **STECKMAN** sent text messages to another individual telling the other individual where the individual could go in Cambodia for sex with children. **STECKMAN** also stated, "So the guy I was dating. Wanna see a vid of him roleplaying as the Cambodian kid we raped together on vacation?" On or about June 13, 2017, **STECKMAN** received a WhatsApp chat message from another user saying that the other user would have sex with a six year old, to which **STECKMAN** responded, "That's so hot Brian. . . . U should go to Cambodia with me." On or about January 8, 2017, **STECKMAN** sent an iMessage chat to another user stating, "Perhaps I can work it out so we can visit a Vietnam or Cambodia orphanage."

**STECKMAN** traveled to Cambodia, among other foreign countries.

SO STIPULATED:

_____
Joseph R. Baldwin
Assistant United States Attorney

_____
Jessica L. Urban
Trial Attorney
Child Exploitation & Obscenity Section

_____
Spencer Eugene Steckman
Defendant

_____
John Chamble, Esq.
Counsel for Defendant